# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY KEITH MCKENZIE, JR.,<br><br>       Petitioner,<br><br>    v.<br><br>WARDEN FELIPE MARTINEZ,<br><br>       Respondent. | Case No. EDCV 20-1419-VAP (KK)<br><br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:  April 5, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge